IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUGENE and JOYCE BRUNO, as Permanent Guardians of Kimberly Ward, <br><br>Plaintiffs, <br><br>v. <br><br>ADELEKE E. BADEJO., M.D., S.L. SMITH, M.D., and GOOD SAMARITAN HEALTH SYSTEMS, INC. a/k/a GOOD SAMARITAN HOSPITAL <br><br>Defendants. | CASE NO. _____ <br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

COME NOW the Plaintiffs and for their claim against the Defendants state:

1. Plaintiffs are residents of Colorado and are the duly appointed guardians of their adult daughter Kimberly Ward who is also a resident of Colorado.

2. Defendants Adeleke E. Badejo and S.L. Smith are physicians in Kearney, Buffalo County, Nebraska and were involved in the care and treatment of Kimberly Ward during her hospitalization at Good Samaritan Hospital which is operated by Defendant Good Samaritan Health Systems, Inc.

3. At all times material herein, the Defendants were qualified under the Nebraska Hospital Medical Liability Act, Neb. Rev. Stat. 44-2801, et. seq.  In accordance with Neb. Rev. Stat. 44-2840, the Plaintiffs affirmatively waive their right to panel review and state that a copy of this Complaint has been served upon the Director of the Department of Insurance for the State of Nebraska.

–2–

4. Kimberly Ward was admitted to Good Samaritan Hospital in Kearney, Nebraska on June 21, 2005 at the direction of Defendant Badejo in order to undergo a shunt revision. During the hospitalization it was noted that Kimberly's blood pressure was alarmingly high resulting in Dr. Badejo calling in Dr. Smith who examined Kimberly Ward on June 22, 2006. Dr. Smith prescribed Benicar and Clonidine in order to try and control Kimberly's blood pressure. Ms. Ward's blood pressure remained high on June 22 and 23 but plans were made by the physicians to dismiss Kimberly on June 23, 2007 and follow her blood pressure problem on an outpatient basis. The hospital records reflect that at the time of her dismissal at approximately 2:10 p.m. on June 23rd the hospital staff had not recorded a blood pressure for Kimberly for more than 7 hours. The hospital records did, however, note that on the day of her dismissal, Kimberly was nauseated and vomiting. It was noted that Kimberly vomited at 8:00 a.m., noon, and again at approximately 1:45 p.m. just prior to her discharge. Despite these complications, Kimberly Ward was dismissed from Good Samaritan Hospital on June 23, 2007 at approximately 2:10 p.m. The next morning (June 24, 2005) Kimberly Ward was found by family members unconscious on the floor of her apartment having suffered a cerebral hemorrhage which has left her blind and permanently impaired.

5. The Defendants, and each of them, failed to use the degree of care, skill, and knowledge ordinarily possessed and used under like circumstances by members of the medical profession engaged in similar practices in the same or similar communities and were negligent in their care and treatment of Kimberly Ward including but not limited to:

a. Failing to properly treat her high blood pressure;

b. Failing to properly monitor her blood pressure;

    c.    Improperly dismissing her from the hospital without having properly treated her blood pressure and while she was still nauseated and vomiting.

6. As a direct and proximate result of the negligence of the Defendants, and each of them, Kimberly Ward suffered a cerebral hemorrhage resulting in permanent injury and disability; increased medical expenses; pain and suffering; and the necessity of full-time assisted living.

WHEREFORE, Plaintiffs pray for judgment against the Defendants for the damages suffered by Kimberly Ward, special and general damages as allowed by law, reasonable attorney's fees, and the costs of this action.

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial to a jury in Lincoln, Nebraska.

                        EUGENE and JOYCE BRUNO, as
                        Guardians for Kimberly Ward, Plaintiffs

By:   /s/ JEFFERSON DOWNING
       JEFFERSON DOWNING (#19280)
       KEATING, O'GARA, NEDVED
        & PETER, P.C.
       530 South 13th Street, Suite 100
       Lincoln, Nebraska 68508
       (402) 475-8230