```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| EUGENE BRUNO, as Permanent | ) | |
| Guardians of Kimberly Ward, | ) | |
| and JOYCE BRUNO, as Permanent | ) | |
| Guardians of Kimberly Ward, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:07CV3166 |
| | ) | |
| v. | ) | |
| | ) | |
| ADELEKE E. BADEJO, M.D., | ) | ORDER |
| S. L. SMITH, M.D., and | ) | |
| GOOD SAMARITAN HEALTH | ) | |
| SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Good Samaritan Health Systems, Inc., has requested that trial be held in North Platte, Nebraska. There has been no response to the motion.

Having reviewed the request and having given consideration to the convenience of the litigants, witnesses, and counsel, as required by NELR 40.1(a)(1)(D), the court finds that North Platte, Nebraska, should be designated as place of trial.

IT THEREFORE HEREBY IS ORDERED,

Defendant Good Samaritan's motion for trial at North Platte, filing 15, is granted. Trial will be held in North Platte, Nebraska and the case calendared accordingly.

DATED this 23rd day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge