IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EUGENE BRUNO, as Permanent Guardians of Kimberly Ward, and JOYCE BRUNO, as Permanent Guardians of Kimberly Ward, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:07CV3166 |
| V. | ) ) | |
| ADELEKE E. BADEJO, M.D., S. L. SMITH, M.D., and GOOD SAMARITAN HEALTH SYSTEMS, INC., | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

    IT IS ORDERED that the undersigned's order dated November 27, 2007 (filing 41) shall be filed under seal.

    November 28, 2007.    BY THE COURT:

                                        *S/ Richard G. Kopf*
                                        United States District Judge