IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUGENE and JOYCE BRUNO, as Permanent Guardians of Kimberly Ward,<br><br>Plaintiffs,<br><br>vs.<br><br>ADELEKE E. BADEJO, M.D., S. L. SMITH, M.D., and GOOD SAMARITAN HEALTH SYSTEMS, INC., a/k/a GOOD SAMARITAN HOSPITAL,<br><br>Defendants. | CASE NO. 4:07-CV-3166<br><br>JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE |

COME NOW the parties, by and through their respective counsel, and stipulate and agree that this matter should be dismissed with prejudice, with all parties paying their own costs, and with complete record waived.

WHEREFORE, the parties pray that the Court enter an Order for dismissal with prejudice, all parties to pay their own costs, and complete record waived.

DATED this 4th day of December 2007.

        EUGENE BRUNO and JOYCE BRUNO, as Permanent Guardians of Kimberly Ward, Plaintiffs.

By: /s/Jefferson Downing
    Jefferson Downing # 19280
    KEATING, O'GARA, NEDVED,
     & PETER, P.C.
    530 South 13th Street, Suite 100
    Lincoln, NE 68508
    (402) 475-8230
    jd@keatinglaw.com

0776585.1

ADELEKE E. BADEJO, M.D., Defendant.

By: /s/William M. Lamson Jr.
William M. Lamson Jr. #12374
Denise M. Destache #20881
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114-3743
(402) 397-7300
(402) 397-7824
wlamson@ldmlaw.com


S. L. SMITH, M.D., Defendant.

By: /s/William Tannehill
William Tannehill #16946
WOLFE, SNOWDEN, HURD,
 LUERS & AHL
1248 "O" Street, Suite 800
Lincoln, NE 68508-1474
(402) 474-1507
(402) 474-3170
wtannehill@wolfesnowden.com

GOOD SAMARITAN HEALTH SYSTEMS, INC., Defendant.


By: /s/Mark A. Christensen
Mark A. Christensen #17660
CLINE, WILLIAMS, WRIGHT
 JOHNSON & OLDFATHER, L.L.P
Attorneys at Law
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508-2095
(402) 474-6900
mchristensen@clinewilliams.com