IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EUGENE BRUNO and JOYCE BRUNO, as permanent guardians of KIMBERLY WARD, | ) ) ) ) | 4:07CV3166 |
| Plaintiffs, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| ADELEKE E. BADEJO, M.D., S.L. SMITH, M.D, and GOOD SAMARITAN HEALTH SYSTEMS, INC., a/k/a GOOD SAMARITAN HOSPITAL, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 43) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

December 19, 2007.          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge